IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00208-MR-DLH

| | | |
|---|---|---|
| DAVID OPPENHEIMER and PERFORMANCE IMPRESSIONS, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **O R D E R** |
| BRIAN HOLT and THREE OAKS GROUP, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

On January 21, 2015, the Court entered an Order directing the Plaintiffs to show cause why this case should not be dismissed for the failure to prosecute this action against the Defendants. [Doc. 7]. On February 4, 2015, the Plaintiffs filed a notice of dismissal with respect to the Defendant Three Oaks Group. [Doc. 8]. On February 6, 2015, the Plaintiffs moved for the entry of default against the Defendant Brian Holt. [Doc. 9]. In light of the Plaintiffs' actions, the Show Cause Order is hereby discharged.

**IT IS, THEREFORE, ORDERED** that the Show Cause Order [Doc. 7] is hereby **DISCHARGED**, and this civil action will be allowed to proceed.

**IT IS SO ORDERED.**

Signed: February 11, 2015

Martin Reidinger
United States District Judge