IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case Number 1:14-cv-208-MR-DLH

| | |
|---|---|
| DAVID OPPENHEIMER and<br>PERFORMANCE IMPRESSIONS, LLC, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| BRIAN HOLT and<br>THREE OAKS GROUP, | ) |
| Defendants. | ) |

# PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT PURSUANT TO RULE 55(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW COME Plaintiffs, David Oppenheimer and Performance Impressions, LLC, by and through counsel, and moves the Court for judgment by default pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. In support of this Motion, Plaintiffs show unto the Court the following:

1. Default was entered in this matter by the Clerk of Court on February 6, 2015 (DE #11).

2. Defendant Brian Holt has not appeared or taken any action in this matter since that date.

3. The Complaint seeks statutory damages pursuant to 17 U.S.C. § 504(c) and attorneys fees and costs pursuant to 17 U.S.C. § 505.

4. Pursuant to 17 U.S.C. §504(c), the Court may award statutory damages for the infringement of no less than $750 and no more than $30,000.

5. Plaintiffs have been prevented from determining the amount of actual damages by Defendant's failure to appear.

6. This Court should award the maximum statutory damages for this infringement because Plaintiffs have been thwarted in their attempts to obtain actual damages through Defendant's default.

7. Plaintiff submits in further support of judgment, the affidavit of the undersigned showing the costs and fees incurred, attached hereto as Exhibit 1.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request the Court Enter Default pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure and Default Judgment in the following sum certain:

1. Statutory Damages in the amount of Thirty Thousand Dollars ($30,000);
2. Costs in the amount of $1,460.00.
3. Attorneys' Fees in the amount of $3,535.00.

Respectfully submitted, this the 14th day of April, 2015.

MEYNARDIE & NANNEY, PLLC

*/s/ Robert A. Meynardie*
Robert A. Meynardie
N.C. State Bar # 20566
*/s/ Joseph H. Nanney*
Joseph H. Nanney
N.C. State Bar # 18355
2840 Plaza Place, Suite 200
Raleigh, North Carolina 27612
Telephone: (919) 747-7374
Facsimile: (919) 324-6590
Email: bob@mnlaw-nc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered with the CM/ECF System. In addition, the foregoing was served by depositing a copy thereof in the custody of the U.S. Postal Service in a stamped addressed envelope as follows:

Brian Holt
38 Rockhill Extension
Asheville, North Carolina 28813

This the 14th day of April, 2015.

*/s/ Robert A. Meynardie*
Robert A. Meynardie
N.C. State Bar # 20566