IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case Number 1:14-cv-208-MR-DLH

| | |
|---|---|
| DAVID OPPENHEIMER and<br>PERFORMANCE IMPRESSIONS, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| BRIAN HOLT and<br>THREE OAKS GROUP, | ) |
| | ) |
| Defendants. | ) |

AFFIDAVIT OF ROBERT A. MEYNARDIE

Personally appeared before the undersigned officer duly authorized to administer oaths, Robert A. Meynardie, and after being duly sworn, says:

1. I am over the age of twenty-one (21) years of age and suffer from no legal disabilities, and I am competent to make this affidavit. I have personal knowledge of the facts stated herein.

2. At all times material to the facts set forth in this affidavit, I served as counsel for Plaintiffs David Oppenheimer and Performance Impressions, LLC.

3. On August 12, 2014 I filed the Complaint in this matter and submitted the Summons for issuance by the Court.

4. After numerous attempts, process was finally served on Defendant Brian Holt on December 4, 2014 (DE#6).

Exhibit 1

5. I am personally familiar with and have reviewed the invoices, accounting and billing records related to this matter and the following is based upon that review.

6. Plaintiffs incurred costs totaling $1,460 which includes the Court's filing fee of $400, $90 paid to Green Process and Investigation for several attempts at serving the Complaint and Summons (a true copy of the cancelled check is attached as Exhibit A), and $970 paid to Dean Investigations for additional attempts at and eventual success serving the Complaint and Summons (a true copy of the Dean invoice is attached as Exhibit B).

7. Attorneys' Fees totaled $3,535, which represents 10.1 billable hours billed at my standard rate for this type of matter of $350 per hour.

FURTHER THE AFFIANT SAYETH NOT.

This the 14th day of April, 2015.

R A Meynardie

Robert A. Meynardie

Sworn to and subscribed before me
this 14th day of April, 2015.

Notary Public

My commission expires: 2-20-2020

JOSEPH H. NANNEY, JR.
NOTARY PUBLIC
Orange County
North Carolina
My Commission Expires Feb. 20, 2020

1750

MEYNARDIE & NANNEY
2840 Plaza Place, Suite 200
Raleigh, North Carolina 27612
(919) 786-2504

First Citizens Bank
www.firstcitizens.com
66-30-531

08/14/2014

PAY TO THE ORDER OF Green Process and Investigations $ **90.00

Ninety and 00/100*************************************************************************************** DOLLARS

Security features. Details on back.

Green Process and Investigations
26 Rhododendron Place
Asheville, NC 28805

Meynardie & Nanney, PLLC

MEMO

AUTHORIZED SIGNATURE

⑈001750⑈ ⑆053100300⑆0008731137030⑈

ENDORSE HERE

4387531483

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

EXHIBIT A

**DeanInvestigations.com**
Forensic Document Examiner & NC Licensed Investigator #2352
PO Box 414 Horse Shoe, North Carolina 28742 Phone: 828-891-4263
spygirl96@yahoo.com

December 5, 2014

Mr. David Oppenheimer
Performance Impressions LLC
PO Box 8105
Asheville, NC 28814

INVOICE FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| 12/3—12-5/2014 | Service of papers to David Holt,<br>38 Rockhill Extension, Asheville, NC | $420.00<br>550.00 |
| | Total amount of this Invoice | $970.00 |

**PAID IN FULL**

EXHIBIT B